# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLYN MILNE, trustee of the Bessie Gutierrez Family Trust dated October 15, 2004<br><br>Plaintiffs,<br><br>vs.<br><br>PHILLIP BACHECHI, an individual; ELISA ANNE MOORE aka LISA ANNE MOORE, an individual; CHRISTINA CHAVEZ COOK, an individual; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>PHILLIP BACHECHI, an individual; ELISA ANNE MOORE aka LISA ANNE MOORE, an individual; CHRISTINA CHAVEZ COOK, an individual,<br><br>Counterclaimants,<br><br>vs. | Case No.: CV 19-9776-DMG (Ex)<br><br>**ORDER RE STIPULATION TO REMAND TO STATE COURT [17]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MARLYN MILNE, trustee of the Bessie )<br>Gutierrez Family Trust dated October )<br>15, 2004; ALL PERSONS UNKNOWN )<br>CLAIMING AN INTEREST IN THE )<br>SUBJECT PROPERTY; and DOES 1- )<br>10, inclusive, )<br>                                        )<br>           Counter-Defendants.     )<br>_____ )<br>                                        ) |

Pursuant to the parties' stipulation [Doc. # 17] and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles, Case No. 19STCV31583.

Plaintiff's motion to remand [Doc. # 16] is DENIED as moot. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: December 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND MOTION FOR ATTORNEYS' FEES